# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:                              )          BK No.:    17-35235

Sonia Espinoza                      )

                                )          Chapter: 13

                                )          Honorable Pamela S. Hollis

                                )

                                )

             Debtor(s)           )

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

Having heard the facts presented, the Court finds the debtor(s) has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case be dismissed on the Trustee's motion for material default by the debtor(s) with respect to a term of a confirmed plan, pursuant to Section 1307(c)(6).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  April 12, 2019

**Prepared by:**

Glenn Stearns Chapter 13 Trustee

801 Warrenville Road, Suite 650

Lisle, IL 60532-4350

(630-981-3888)